IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IDEATIVE PRODUCT VENTURES, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:12cv276 |
| | § | (Judge Clark/Judge Mazzant) |
| JASCO PRODUCTS COMPANY, LLC | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is plaintiff's Unopposed Motion to Dismiss With Prejudice [Doc. #18]. In the motion, the plaintiff moves for dismissal of all claims asserted by the parties, with prejudice.

It is **ORDERED** that the Unopposed Motion to Dismiss With Prejudice [Doc. #18] is **GRANTED**. The court further **ORDERS** that the claims asserted by plaintiff and defendant in this case are **DISMISSED** in their entirety, with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **10** day of **December, 2012.**

_____
Ron Clark, United States District Judge